IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| VS. | : | |
| | : | **NO: 98-412-02** |
| **KEITH BLOUNT** | : | |

<u>**ORDER**</u>

**AND NOW,** on this **5th** day of **September, 2018,** after being advised that the Defendant is no longer incarcerated, it is hereby **ORDERED** that Defendant Keith Blount's motion for reduction of sentence pursuant to 18 USC § 3582(c)(2) and Amendment 782 (ECF #213) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

                                                  s/Eduardo C. Robreno
                                                  **EDUARDO C. ROBRENO, J.**

**9/5/18 mailed by Chambers:**
    **Pro Se K. Blount**